**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF IDAHO

Case number *(if known)* _____

Chapter you are filing under:

- ☒ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Roger**<br>First name<br><br>**Lee**<br>Middle name<br><br>**Ivey**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-6718** | |

Debtor 1   **Roger Lee Ivey**                                                                 Case number *(if known)*

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN | EIN |

**5. Where you live**

**12777 N Walton Rd**
**Pocatello, ID 83202**
Number, Street, City, State & ZIP Code

**Bannock**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.**   Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1  **Roger Lee Ivey**                                                    Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☒ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

---

**8.** **How you will pay the fee**

☒ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

☒ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No
☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

**11.** **Do you rent your residence?**

☒ No.  Go to line 12.
☐ Yes.  Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Roger Lee Ivey**                                                   Case number *(if known)* _____

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12.** **Are you a sole proprietor of any full- or part-time business?**

☒ No.    Go to Part 4.

☐ Yes.    Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☒ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.
☐ Yes.

What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1    **Roger Lee Ivey**                                                                          Case number *(if known)*

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15.  Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices.   If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Roger Lee Ivey**                                      Case number *(if known)*

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

16a.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☒ Yes. Go to line 17.

16c.  State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☒ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☒ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Roger Lee Ivey**
_____          _____
**Roger Lee Ivey**                                                                     Signature of Debtor 2
Signature of Debtor 1

Executed on    **September 5, 2024**                              Executed on    _____
                      MM / DD / YYYY                                                                       MM / DD / YYYY

Debtor 1    **Roger Lee Ivey**                                                                 Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.   I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| | |
|---|---|
| **/s/ Alexandra Caval** | Date    **September 5, 2024** |
| Signature of Attorney for Debtor | MM / DD / YYYY |

**Alexandra Caval**
Printed name

**Caval Law Office**
Firm name

**248 Idaho Street South**
**Twin Falls, ID 83301**
Number, Street, City, State & ZIP Code

Contact phone _____    Email address    **alex@cavallawoffice.com**

**7999 ID**
Bar number & State

---

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Roger Lee Ivey** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

---

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

| | | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B............................................. | $        1,267,140.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.................................. | $          667,233.13 |
| | 1c. Copy line 63, Total of all property on Schedule A/B.......................................... | $        1,934,373.13 |

**Part 2:    Summarize Your Liabilities**

| | | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $        2,023,071.86 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F...* | $            2,385.00 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F...* | $       12,072,332.63 |
| | **Your total liabilities** | $       14,097,789.49 |

**Part 3:    Summarize Your Income and Expenses**

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I...* | $           38,000.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J...* | $           37,955.00 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☒ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☒ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

---

Debtor 1 __Roger Lee Ivey__                                           Case number *(if known)* _____

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                     $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Roger Lee Ivey** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number | |

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once.   If an asset fits in more than one category, list the asset in the category where you think it fits best.   Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☒ Yes.   Where is the property?

1.1

**12777 N Walton Rd**
Street address, if available, or other description

**Pocatello          ID     83202**
City          State     ZIP Code

_____
County

**What is the property?** Check all that apply

☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Value per realtor.com is $1,267,140; value per Bannock Co Assessor is $1,015,371**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,267,140.00** | **$1,267,140.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee Simple**

☒ Check if this is community property (see instructions)

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**............................................................=>

| |
|---|
| **$1,267,140.00** |

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1    __Roger Lee Ivey__                                           Case number *(if known)*  _____

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

| 3.1 | Make: | **Ford** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

3.1  Make:   **Ford**
     Model:  **Super Duty F350**
     Year:   **2023**
     Approximate mileage:   **20,000**
     Other information:
     **very good condition; value per KBB**

Who has an interest in the property? *Check one*
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
   (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$72,979.00**
Current value of the portion you own?  **$72,979.00**

---

3.2  Make:   **Ford**
     Model:  **F350 Super Duty Crew**
     Year:   **2021**
     Approximate mileage:   **80000**
     Other information:
     **Very good condition, value per KBB**

Who has an interest in the property? *Check one*
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
   (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$56,835.00**
Current value of the portion you own?  **$56,835.00**

---

3.3  Make:   **GMC**
     Model:  **Yukon XL**
     Year:   **2020**
     Approximate mileage:   **60,000**
     Other information:
     **Good condition, value per KBB**

Who has an interest in the property? *Check one*
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
   (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$41,513.00**
Current value of the portion you own?  **$41,513.00**

---

3.4  Make:   **Toyota**
     Model:  **4Runner SR5 Sport**
     Year:   **2022**
     Approximate mileage:   **30,000**
     Other information:
     **Very good condition; value per KBB**

Who has an interest in the property? *Check one*
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
   (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$42,375.00**
Current value of the portion you own?  **$42,375.00**

---

3.5  Make:   **Husqvarna**
     Model:  **300**
     Year:   **2023**
     Approximate mileage:
     Other information:

Who has an interest in the property? *Check one*
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
   (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$8,500.00**
Current value of the portion you own?  **$8,500.00**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    Roger Lee Ivey                                              Case number *(if known)*

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☒ Yes

| 4.1 | Make: | **Legend** |
|---|---|---|
| | Model: | **Utility Trailer** |
| | Year: | **2023** |

Other information:

**enclosed trailer - sustained approx $6,000 of damage when debtor hit deer on the road. Debtor has insurance check for repairs and is in the process of repairing the trailer. Value based on current condition.**

**Who has an interest in the property?** Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$5,000.00**

Current value of the portion you own? **$5,000.00**

---

| 4.2 | Make: | **Jayco** |
|---|---|---|
| | Model: | **Seneca 37FS** |
| | Year: | **2016** |

Other information:

**Value per JD Power**

**Who has an interest in the property?** Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$133,350.00**

Current value of the portion you own? **$133,350.00**

---

| 4.3 | Make: | **Honda** |
|---|---|---|
| | Model: | **TRX 420** |
| | Year: | **2022** |

Other information:

**Value per JD Power**

**Who has an interest in the property?** Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$4,695.00**

Current value of the portion you own? **$4,695.00**

---

| 4.4 | Make: | **Honda** |
|---|---|---|
| | Model: | **CRF 450** |
| | Year: | **2022** |

Other information:

**Value per JD Power**

**Who has an interest in the property?** Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$5,280.00**

Current value of the portion you own? **$5,280.00**

---

| 4.5 | Make: | **Roadclipper** |
|---|---|---|
| | Model: | **trailer** |
| | Year: | **2021** |

Other information:

**Who has an interest in the property?** Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$3,000.00**

Current value of the portion you own? **$3,000.00**

---

5  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................=>**    **$373,527.00**

**Part 3:  Describe Your Personal and   Household Items**

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured

Debtor 1   **Roger Lee Ivey**        Case number *(if known)* _____

                                                                   claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☒ Yes.   Describe.....

| | |
|---|---|
| Two sectional sofas, leather chair, tv stand, coffee table, end tables, dining table & chairs, fridge, stove, microwave, dishwasher, small kitchen appliances, flatware, bakeware, cookware, cooking utensils, master bed & night stands, crib & changing dresser, three bunk beds, blankets, linens, wall decor, family pictures, decorative knick-knacks, kids' toys & chest, patio furniture, two freezers, bbq, yard tools. | $4,000.00 |
| Kubota Z781 zero turn lawn mower; value per tractorhouse.com | $9,500.00 |

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☒ Yes.   Describe.....

| | |
|---|---|
| Three TVs, projector & screen, two printers, cell phones, xBox, three Macbooks, and iPads. | $2,500.00 |

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No
☒ Yes.   Describe.....

| | |
|---|---|
| Sacred grove painting | $300.00 |

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☒ Yes.   Describe.....

| | |
|---|---|
| 56 cm Specialized S-works Tarmac (2015) bike | $1,500.00 |
| 54 cm Enve Melee (2020) bike | $2,000.00 |
| 54 cm Enve Mog (2021) bike | $2,500.00 |
| Medium Scott Spark (2018) bike | $1,800.00 |
| Medium Specialized Epic (2019) bike | $1,700.00 |
| Snowboard, skis, & treadmill | $2,200.00 |

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☒ Yes.   Describe.....

| | |
|---|---|
| 12 ga shotgun VR80 | $350.00 |
| CZ Scorpion pistol | $400.00 |
| Kimber 1911 Rosewood grip pistol | $400.00 |
| Glock 30 pistol | $300.00 |
| Kobalt 556 rifle | $300.00 |
| BCG .45 cal pistol | $400.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor 1 | **Roger Lee Ivey** | Case number *(if known)* | |

| **SBR 300 Blackout rifle** | **$400.00** |

**11.  Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☒ Yes.   Describe.....

| **Clothing for debtor & his dependents** | **$1,000.00** |

**12.  Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
☒ Yes.   Describe.....

| **Debtor's wife's wedding ring** | **$5,000.00** |

**13.  Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
☒ Yes.   Describe.....

| **dog & cat** | **$50.00** |

**14.  Any other personal and household items you did not already list, including any health aids you did not list**
☒ No
☐ Yes.   Give specific information.....

**15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ................................................................................

| **$36,600.00** |

| **Part 4:** | **Describe Your Financial Assets** |

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

**16.  Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
☒ Yes.................................................................................................

| **Cash on hand** | **$200.00** |

**17.  Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
☒ Yes.......................                              Institution name:

| 17.1. | **Checking #4315** | **Wells Fargo** | **$0.00** |
| 17.2. | **Checking #6103 & Savings #4091** | **Wells Fargo** | **$70.00** |
| 17.3. | **Checking #6391 (Roger Ivey MD PC)** | **Wells Fargo** | **$0.00** |
| 17.4. | **Checking #8084 (East Walker River Wood Co LLC)** | **Wells Fargo** | **$0.00** |

Debtor 1    **Roger Lee Ivey**                                                Case number *(if known)*

---

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☒ No
    ☐ Yes..................         Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ☒ Yes.   Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Roger Ivey MD PC** | **100** % | $0.00 |
| **East Walker River Wood Company LLC** | **100** % | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ☒ No
    ☐ Yes. Give specific information about them
                                   Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ☒ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **SEI Anthesthesia 401(k) Plan** | **American Funds** | $44,436.13 |
| **Individual Retirement Account (IRA)** | **Edward Jones** | $7,500.00 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☒ No
    ☐ Yes. .....................         Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ☒ No
    ☐ Yes.............         Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☒ No
    ☐ Yes.............         Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☒ No
    ☐ Yes.   Give specific information about them.

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☒ No
    ☐ Yes.   Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☒ No
    ☐ Yes.   Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

Debtor 1    **Roger Lee Ivey**                                                                     Case number *(if known)*

---

**28.**  **Tax refunds owed to you**
☐ No
☒ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| Potential 2024 tax refunds | Federal & State | Unknown |
| --- | --- | --- |

---

**29.**  **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☒ No
☐ Yes. Give specific information......

---

**30.**  **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,   workers' compensation, Social Security
        benefits; unpaid loans you made to someone else
☐ No
☒ Yes.   Give specific information..

| Debtor sold a Sodamix franchise to Stan Merrill on or about 2/21/2023 for the sum of $125,000 and has not been paid the purchase price. | $125,000.00 |
| --- | --- |
| Debtor asserts he is owed $65,000 from Sodamix that was not returned from trust account its attorneys had control over. | $65,000.00 |

---

**31.**  **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
☒ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
| --- | --- | --- |
| Protective Live Insurance Company | Andrea Ivey (spouse) | $0.00 |

---

**32.**  **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
☒ No
☐ Yes.   Give specific information..

---

**33.**  **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☒ No
☐ Yes.   Describe each claim.........

**34.**  **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☒ No
☐ Yes.   Describe each claim.........

**35.**  **Any financial assets you did not already list**
☒ No
☐ Yes.   Give specific information..

---

**36.**  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................................................

| | $242,206.13 |
| --- | --- |

---

**Part 5:**   **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37.**  **Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.
☒ Yes.   Go to line 38.

Current value of the portion you own?

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor 1    **Roger Lee Ivey**                                      Case number *(if known)*

<table>
<tr><td></td><td>Do not deduct secured claims or exemptions.</td></tr>
</table>

**38.  Accounts receivable or commissions you already earned**
☒ No
☐ Yes.  Describe.....

**39.  Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☐ No
☒ Yes.  Describe.....

| small desk & two filing cabinets | $300.00 |
|---|---|

**40.  Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
☒ No
☐ Yes.  Describe.....

**41.  Inventory**
☒ No
☐ Yes.  Describe.....

**42.  Interests in partnerships or joint ventures**
☒ No
☐ Yes.  Give specific information about them...................
Name of entity:                                  % of ownership:

**43.  Customer lists, mailing lists, or other compilations**
☒ No.
☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☒ No
☐ Yes.  Describe.....

**44.  Any business-related property you did not already list**
☒ No
☐ Yes. Give specific information.........

**45.  Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**.................................................................................................................

| | |
|---|---|
| | $300.00 |

---

**Part 6:**  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

**46.  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☒ No. Go to Part 7.
☐ Yes.   Go to line 47.

---

**Part 7:**      Describe All Property You Own or Have an Interest in That You Did Not List Above

**53.  Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
☐ No
☒ Yes. Give specific information.........

| forklift | $10,000.00 |
|---|---|
| Insurance check for damage cause to 2021 Road Clipper | $4,600.00 |

**54.  Add the dollar value of all of your entries from Part 7. Write that number here**  ....................................

| | |
|---|---|
| | $14,600.00 |

Debtor 1    **Roger Lee Ivey**                                                    Case number *(if known)*

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ............................................................... | | **$1,267,140.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$373,527.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$36,600.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$242,206.13** | |
| 59. | **Part 5: Total business-related property, line 45** | **$300.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** + | **$14,600.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$667,233.13** | Copy personal property total    **$667,233.13** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$1,934,373.13** |

Business Name: East Walker River Wood Company LLC

## BUSINESS BALANCE SHEET
### as of 9/3/2024

**ASSETS**

| | | |
|---|---|---|
| Cash & Equivalents (Wells Fargo #8084) | $ | - |
| Accounts Receivable | $ | - |
| Inventory (wood/lumber) | $ | 5,000.00 |
| Pre-Paid Expenses | $ | - |
| Building | $ | - |
| Equipment | $ | 11,600.00 |
| Other Property (Furniture/fixtures/etc) | $ | |
| Other: _____ | $ | |
| **TOTAL ASSETS** | $ | 16,600.00 |

**LIABILITIES**

| | | |
|---|---|---|
| Accounts Payable | $ | |
| Customer Deposits | $ | |
| Income Taxes - payable | $ | |
| Building Loan Payable | $ | 1,600.00 |
| Equipment Lease/Loan Payable | $ | |
| Other:Utilities | $ | 300.00 |
| Other: Comm. Lease Liabilities | $ | 11,377,075.71 |
| **TOTAL LIABILITIES** | $ | 11,378,975.71 |
| **NET:** | $ | (11,362,375.71) |

Business Name: Roger Ivey MD, P.C.

## BUSINESS BALANCE SHEET
### as of 9/3/2024

### ASSETS

| | | |
|---|---|---|
| Cash & Equivalents (Wells Fargo #6391) | $ | - |
| Accounts Receivable | $ | - |
| Inventory | $ | - |
| Pre-Paid Expenses | $ | - |
| Building | $ | - |
| Equipment | $ | - |
| Other Property (Furniture/fixtures/etc) | $ | - |
| Other: _____ | $ | - |
| **TOTAL ASSETS** | $ | - |

### LIABILITIES

| | | |
|---|---|---|
| Accounts Payable | $ | - |
| Customer Deposits | $ | - |
| Income Taxes - payable | $ | - |
| Building Loan Payable | $ | - |
| Equipment Lease/Loan Payable | $ | - |
| Other: BHG Loan | $ | 204,835.00 |
| Other: Wells Fargo LOC & CC | $ | 98,410.00 |
| **TOTAL LIABILITIES** | $ | 303,245.00 |
| **NET:** | $ | (303,245.00) |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Roger Lee Ivey** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions.      11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.      11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **12777 N Walton Rd, Pocatello, ID 83202 Value per realtor.com is $1,267,140; value per Bannock Co Assessor is $1,015,371**<br>Line from *Schedule A/B*: **1.1** | $1,267,140.00 | ☒ ___ $175,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 55-1003 |
| **2020 GMC Yukon XL 60,000 miles Good condition, value per KBB**<br>Line from *Schedule A/B*: **3.3** | $41,513.00 | ☒ ___ $10,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(3) |
| **Two sectional sofas, leather chair, tv stand, coffee table, end tables, dining table & chairs, fridge, stove, microwave, dishwasher, small kitchen appliances, flatware, bakeware, cookware, cooking utensils, master bed & night stands, crib & changing dresser, three bunk beds, blankets, linens, wall decor, family pictures, decorative knick-knacks, kids' toys & chest, patio furniture, two freezers, bbq, yard tools.**<br>Line from *Schedule A/B*: **6.1** | $4,000.00 | ☒ ___ $4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor 1    **Roger Lee Ivey**                                                    Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Three TVs, projector & screen, two printers, cell phones, xBox, three Macbooks, and iPads.**<br>Line from *Schedule A/B*: **7.1** | $2,500.00 | ☒ $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **56 cm Specialized S-works Tarmac (2015) bike**<br>Line from *Schedule A/B*: **9.1** | $1,500.00 | ☒ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(10)** |
| **CZ Scorpion pistol**<br>Line from *Schedule A/B*: **10.2** | $400.00 | ☒ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(8)** |
| **Clothing for debtor & his dependents**<br>Line from *Schedule A/B*: **11.1** | $1,000.00 | ☒ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(b)** |
| **Debtor's wife's wedding ring**<br>Line from *Schedule A/B*: **12.1** | $5,000.00 | ☒ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(2)** |
| **dog & cat**<br>Line from *Schedule A/B*: **13.1** | $50.00 | ☒ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(b)** |
| **Wells Fargo**<br>Line from *Schedule A/B*: **17.1** | $0.00 | ☒ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-207** |
| **Wells Fargo**<br>Line from *Schedule A/B*: **17.2** | $70.00 | ☒ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-207** |
| **Wells Fargo**<br>Line from *Schedule A/B*: **17.3** | $0.00 | ☒ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-207** |
| **Wells Fargo**<br>Line from *Schedule A/B*: **17.4** | $0.00 | ☒ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-207** |
| **American Funds**<br>Line from *Schedule A/B*: **21.1** | $44,436.13 | ☒ $44,436.13<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-604A** |
| **Edward Jones**<br>Line from *Schedule A/B*: **21.2** | $7,500.00 | ☒ $7,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-604A** |

Debtor 1    **Roger Lee Ivey**                                                Case number (if known) _____

3.  **Are you claiming a homestead exemption of more than $189,050?**
    (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☒  No

    ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐    No

        ☐    Yes

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Roger Lee Ivey** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.   If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1  Freedom Road Financial**
Creditor's Name

**10605 Double R Blvd**
**Reno, NV 89521-8920**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Describe the property that secures the claim:
**2023 Husqvarna 300**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| $5,691.00 | $8,500.00 | $0.00 |
|---|---|---|

Date debt was incurred  **2022-03**          Last 4 digits of account number   **1171**

**2.2  Gm Financial**
Creditor's Name

**PO Box 181145**
**Arlington, TX 76096-1145**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Describe the property that secures the claim:
**2023 Ford Super Duty F350 20,000 miles**
**very good condition; value per KBB**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| $94,287.00 | $72,979.00 | $0.00 |
|---|---|---|

Date debt was incurred  **2023-09**          Last 4 digits of account number   **5075**

Debtor 1  **Roger Lee Ivey**                                                        Case number (if known) _____

First Name        Middle Name        Last Name

| 2.3 | **Gm Financial** | Describe the property that secures the claim: | $24,112.00 | $41,513.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**2020 GMC Yukon XL 60,000 miles Good condition, value per KBB**

**PO Box 181145**
**Arlington, TX 76096-1145**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **2020-06**          Last 4 digits of account number  **5172**

| 2.4 | **Idaho Farm Bureau Financial Services** | Describe the property that secures the claim: | $18,420.00 | $5,000.00 | $13,420.00 |
|---|---|---|---|---|---|

Creditor's Name

**2023 Legend Utility Trailer enclosed trailer - sustained approx $6,000 of damage when debtor hit deer on the road. Debtor has insurance check for repairs and is in the process of repairing the trailer. Value based on current condition.**

**PO Box 4848**
**Pocatello, ID 83205-4848**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **2022-07-18**          Last 4 digits of account number  **2002**

| 2.5 | **Kubota Credit Corp, USA** | Describe the property that secures the claim: | $13,416.00 | $9,500.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Kubota Z781 zero turn lawn mower; value per tractorhouse.com**

**PO Box 2046**
**Grapevine, TX**
**76099-2046**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **2023-05**          Last 4 digits of account number  **1498**

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 6

Debtor 1  **Roger Lee Ivey**                                              Case number *(if known)* _____

_____
First Name        Middle Name        Last Name

---

| 2.6 | **LCA Bank Corporation** | | Describe the property that secures the claim: | $475,000.00 | $1,267,140.00 | $353,323.00 |
|---|---|---|---|---|---|---|

Creditor's Name

**2nd DOT on debtor's residence to guarantee an SBA 7(a) loan**

**310 South Main St., Suite 900**
**Salt Lake City, UT 84101**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **1/17/2023**        Last 4 digits of account number  **0527**

---

| 2.7 | **Lincoln Automotive Finance** | | Describe the property that secures the claim: | $62,915.00 | $56,835.00 | $0.00 |
|---|---|---|---|---|---|---|

Creditor's Name

**2021 Ford F350 Super Duty Crew 80000 miles**
**Very good condition, value per KBB**

**PO Box 542000**
**Omaha, NE 68154-8000**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **2022-02**        Last 4 digits of account number  **8852**

---

| 2.8 | **Mrc/United Wholesale M** | | Describe the property that secures the claim: | $1,145,463.00 | $1,267,140.00 | $0.00 |
|---|---|---|---|---|---|---|

Creditor's Name

**12777 N Walton Rd, Pocatello, ID 83202 Value per realtor.com is $1,267,140; value per Bannock Co Assessor is $1,015,371**

**350 Highland St**
**Houston, TX 77009-6623**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **2022-05**        Last 4 digits of account number  **7257**

---

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 3 of 6

Debtor 1    **Roger Lee Ivey**                                                Case number (if known) _____
    First Name       Middle Name       Last Name

| 2.9 | **State Bank of Southern Utah** | Describe the property that secures the claim: | $16,206.86 | $10,000.00 | $6,206.86 |

Creditor's Name

Describe the property that secures the claim:

**forklift**

P.O. Box 340
Cedar City, UT 84720
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **02/09/2021**          Last 4 digits of account number    **4795**

| 2.10 | **Toyota Financial Services** | Describe the property that secures the claim: | $36,291.00 | $42,375.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:

**2022 Toyota 4Runner SR5 Sport
30,000 miles
Very good condition; value per KBB**

PO Box 9786
Cedar Rapids, IA
52409-0004
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **2023-07**          Last 4 digits of account number    **0001**

| 2.11 | **US Bank** | Describe the property that secures the claim: | $129,166.00 | $133,350.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:

**2016 Jayco Seneca 37FS
Value per JD Power**

PO Box 790179
Saint Louis, MO 63179
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **2016-02**          Last 4 digits of account number    **0074**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Roger Lee Ivey**

First Name          Middle Name          Last Name

Case number (if known)

| 2.12 | **Westmark Credit Union** | Describe the property that secures the claim: | $2,104.00 | $4,695.00 | $0.00 |
|------|---------------------------|-----|-----|-----|-----|

Creditor's Name

**815 1st St**
**Idaho Falls, ID**
**83401-4080**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**2022 Honda TRX 420**
**Value per JD Power**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

**Nature of lien.** Check all that apply.

☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **2022-05**          Last 4 digits of account number    **0050**

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$2,023,071.86** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$2,023,071.86** |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]    Name, Number, Street, City, State & Zip Code
**Freedom Road Financial**
**Attn: Bankruptcy**
**10509 Professional Cir**
**Ste 100**
**Reno, NV 89521-4883**

On which line in Part 1 did you enter the creditor?    **2.1**

Last 4 digits of account number    ___

[ ]    Name, Number, Street, City, State & Zip Code
**Gm Financial**
**801 Cherry St**
**Ste 3600**
**Fort Worth, TX 76102-6855**

On which line in Part 1 did you enter the creditor?    **2.2**

Last 4 digits of account number    ___

[ ]    Name, Number, Street, City, State & Zip Code
**Gm Financial**
**801 Cherry St**
**Ste 3600**
**Fort Worth, TX 76102-6855**

On which line in Part 1 did you enter the creditor?    **2.3**

Last 4 digits of account number    ___

[ ]    Name, Number, Street, City, State & Zip Code
**Idaho Farm Bureau Financial Services**
**275 Tierra Vista Dr**
**Pocatello, ID 83201-5813**

On which line in Part 1 did you enter the creditor?    **2.4**

Last 4 digits of account number    ___

[ ]    Name, Number, Street, City, State & Zip Code
**Kubota Credit Corp, USA**
**Attn: Bankruptcy**
**PO Box 2046**
**Grapevine, TX 76099-2046**

On which line in Part 1 did you enter the creditor?    **2.5**

Last 4 digits of account number    ___

Debtor 1  **Roger Lee Ivey**                                                          Case number (*if known*) _____

     First Name          Middle Name          Last Name

---

[ ]   Name, Number, Street, City, State & Zip Code
**Lakeview Loan Servicing**
**507 Prudential Rd**
**Horsham, PA 19044**

On which line in Part 1 did you enter the creditor? __**2.8**__

Last 4 digits of account number __**7257**__

---

[ ]   Name, Number, Street, City, State & Zip Code
**Lincoln Automotive Finance**
**Attn: Bankrutcy**
**PO Box 542000**
**Omaha, NE 68154-8000**

On which line in Part 1 did you enter the creditor? __**2.7**__

Last 4 digits of account number __

---

[ ]   Name, Number, Street, City, State & Zip Code
**MRC/United Wholesale M**
**Attn: Bankruptcy**
**PO Box 619098**
**Dallas, TX 75261-9098**

On which line in Part 1 did you enter the creditor? __**2.8**__

Last 4 digits of account number __**7257**__

---

[ ]   Name, Number, Street, City, State & Zip Code
**National Bankruptcy Service Center**
**P.O. Box 35911**
**Cleveland, OH 44135**

On which line in Part 1 did you enter the creditor? __**2.7**__

Last 4 digits of account number __**8852**__

---

[ ]   Name, Number, Street, City, State & Zip Code
**Toyota Financial Services**
**Attn: Bankruptcy**
**PO Box 259004**
**Plano, TX 75025-9004**

On which line in Part 1 did you enter the creditor? __**2.10**__

Last 4 digits of account number __

---

[ ]   Name, Number, Street, City, State & Zip Code
**US Bank**
**Attn: Bankruptcy**
**800 Nicolett Mall**
**Minneapolis, MN 55402-7014**

On which line in Part 1 did you enter the creditor? __**2.11**__

Last 4 digits of account number __

---

[ ]   Name, Number, Street, City, State & Zip Code
**Westmark Credit Union**
**Attn: Bankruptcy**
**2520 Channing Way**
**Idaho Falls, ID 83404-7515**

On which line in Part 1 did you enter the creditor? __**2.12**__

Last 4 digits of account number __

---

Official Form 106D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 6 of 6

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Roger Lee Ivey** |
| | First Name               Middle Name               Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name               Middle Name               Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:  List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☒ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | **Idaho State Tax Commission** | Last 4 digits of account number  **6718** | $0.00 | $0.00 | $0.00 |
| | Priority Creditor's Name | | | | |
| | **P.O. Box 36** | When was the debt incurred?  **notice only** | | | |
| | **Boise, ID 83722** | | | | |
| | Number Street City State Zip Code | | | | |

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

| | | | | | |
|---|---|---|---|---|---|
| **2.2** | **Internal Revenue Service** | Last 4 digits of account number  **6718** | $2,385.00 | $2,385.00 | $0.00 |
| | Priority Creditor's Name | | | | |
| | **P.O. Box 7346** | When was the debt incurred?  **2023** | | | |
| | **Philadelphia, PA 19101-7346** | | | | |
| | Number Street City State Zip Code | | | | |

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**Notice only**

### Part 2:  List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**
   ☒ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

Debtor 1   **Roger Lee Ivey**                                      Case number (if known) _____

☒ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

| 4.1 | **ALS Development LLC** | Last 4 digits of account number | **View** | **$619,049.50** |

Nonpriority Creditor's Name
**2275 North 2825 West**
**Ogden, UT 84404**
Number Street City State Zip Code

When was the debt incurred?   **08/18/2023**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a   community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt. Personal Guaranty on 10 year commercial lease**

| 4.2 | **At&T Universal Citi Card** | Last 4 digits of account number | **6554** | **$8,399.00** |

Nonpriority Creditor's Name
**PO Box 6241**
**Sioux Falls, SD 57117-6241**
Number Street City State Zip Code

When was the debt incurred?   **2002-04**

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a   community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Revolving account**

| 4.3 | **BamBam Holdings LLC** | Last 4 digits of account number | | **$5,135.84** |

Nonpriority Creditor's Name
**1871 W Canyon View Dr**
**Saint George, UT 84770**
Number Street City State Zip Code

When was the debt incurred?   **3/1/2023**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a   community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt; personal liablity on breached lease**

Debtor 1  **Roger Lee Ivey**                          Case number (if known) _____

---

| 4.4 | **Bank of America** | Last 4 digits of account number | **3510** | **$8,658.00** |

Nonpriority Creditor's Name
**PO Box 982238**
**El Paso, TX 79998-2238**
Number Street City State Zip Code

When was the debt incurred?  **2001-03**

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Other. Specify   **Revolving account**

---

| 4.5 | **Bank of America** | Last 4 digits of account number | **4904** | **$3,615.00** |

Nonpriority Creditor's Name
**PO Box 982238**
**El Paso, TX 79998-2238**
Number Street City State Zip Code

When was the debt incurred?  **1995-01**

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Other. Specify   **Revolving account**

---

| 4.6 | **Bankers Healthcare Group LLC** | Last 4 digits of account number | | **$204,835.00** |

Nonpriority Creditor's Name
**10234 W State Road 84**
**Fort Lauderdale, FL 33324**
Number Street City State Zip Code

When was the debt incurred?  **6/11/2021**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Other. Specify   **Personal guarantee on business debt incurred by Roger Ivey MD, PC**

---

Debtor 1 **Roger Lee Ivey**                                            Case number *(if known)* _____

---

| 4.7 | **CCF Leasing** | Last 4 digits of account number _____ | **$27,808.68** |

Nonpriority Creditor's Name

**8648 W Elisa St**
**Boise, ID 83709**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?**   **2024**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Potential personal liability on business debt for equipment**

---

| 4.8 | **Citibank** | Last 4 digits of account number  **5599** | **$6,949.00** |

Nonpriority Creditor's Name

**PO Box 6217**
**Sioux Falls, SD 57117-6217**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?**   **2016-10**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Revolving account**

---

| 4.9 | **Citibank/the Home Depot** | Last 4 digits of account number  **3505** | **$4,824.00** |

Nonpriority Creditor's Name

**PO Box 6497**
**Sioux Falls, SD 57117-6497**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?**   **2021-09**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Revolving account**

---

Debtor 1  **Roger Lee Ivey**                                    Case number (if known) _____

---

| 4.10 | | | |
|---|---|---|---|

**City of Santa Clara**

Nonpriority Creditor's Name

**2603 Santa Clara Drive**
**Santa Clara, UT 84765**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  _____          **$1,165.75**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **business utilities**

---

| 4.11 | | | |
|---|---|---|---|

**Clara Properties LLC**

Nonpriority Creditor's Name

**PO Box 1680**
**American Fork, UT 84003**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  _____          **$34,518.75**

**When was the debt incurred?**  **12/1/2023**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Potential personal liability on business debt**

---

| 4.12 | | | |
|---|---|---|---|

**Classic Marble & Granite Inc**

Nonpriority Creditor's Name

**2145 S Grant Ave**
**Pocatello, ID 83204**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  **3817**          **$5,144.00**

**When was the debt incurred?**  **06/06/2023**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **fabrication services**

---

Debtor 1  **Roger Lee Ivey**  _____      Case number (if known) _____

| 4.1 3 | **Coca-Cola of Southern Utah** | Last 4 digits of account number | **6373** | $7,492.86 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**DBA Bald Eagle Beverage**
**P.O. Box 2350**
**Cedar City, UT 84721**

When was the debt incurred?  **2023**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
☒ No

☒ Other. Specify  **Potential personal liability on business debt**

☐ Yes

---

| 4.1 4 | **Comm. Centers of America - Plaza Del Dio** | Last 4 digits of account number | | $1,146,387.93 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**5670 Wiltshire Boulevard, Suite 1250**
**Los Angeles, CA 90036**

When was the debt incurred?  **7/15/2022**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
☒ No

☒ Other. Specify  **Business Debt. Personal guarantee on 10 year commercial lease (Logan, UT)**

☐ Yes

---

| 4.1 5 | **Commercial Management Group Inc** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 1680**
**American Fork, UT 84003**

When was the debt incurred? _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
☒ No

☒ Other. Specify  **notice only**

☐ Yes

---

Debtor 1  **Roger Lee Ivey**                                                                    Case number (if known) _____

| 4.1 6 | **Costco Citi Card** | Last 4 digits of account number | **0023** | **$3,599.00** |

Nonpriority Creditor's Name

**PO Box 6190**
**Sioux Falls, SD 57117-6190**

When was the debt incurred? **2005-07**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Revolving account**

---

| 4.1 7 | **Desert Investment Group LLC** | Last 4 digits of account number | | **$810,438.90** |

Nonpriority Creditor's Name

**2538 E 2390 South Circle**
**Saint George, UT 84790**

When was the debt incurred? **9/19/2023**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Business Debt. Personal guarantee on 10-year commercial lease (St. George, UT)**

---

| 4.1 8 | **Discover Financial** | Last 4 digits of account number | **1775** | **$8,862.00** |

Nonpriority Creditor's Name

**PO Box 30939**
**Salt Lake City, UT 84130-0939**

When was the debt incurred? **2016-10**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Revolving account**

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor 1  **Roger Lee Ivey**                                                    Case number (if known) _____

| 4.19 | **Eckhardt Properties LLC** | Last 4 digits of account number _____ | $773,811.90 |

**Eckhardt Properties LLC**
Nonpriority Creditor's Name
**Attn: Cherie Moore**
**1706 N. Whitley Dr.**
**Fruitland, ID 83619**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred?  **8/18/2023**

**$773,811.90**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt. Personal guaranty on 10 year commercial lease (3137 Quintale Dr, Meridian)**

---

| 4.20 | **FSP7 Heber, LLC** | Last 4 digits of account number _____ | $958,380.00 |

**FSP7 Heber, LLC**
Nonpriority Creditor's Name
**Attn: API Law, LLC, Reg. Agent**
**260 South 1200 West**
**Orem, UT 84058**
Number Street City State Zip Code

When was the debt incurred?  **6/28/2022**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt. Personal guaranty on 10-year commercial lease (Heber City, UT location)**

---

| 4.21 | **Geneva Capital LLC** | Last 4 digits of account number  0701 | $18,462.00 |

**Geneva Capital LLC**
Nonpriority Creditor's Name
**1311 Broadway St**
**Alexandria, MN 56308**
Number Street City State Zip Code

When was the debt incurred?  **10/30/2023**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business debt; personal guarantee on equipment purchased bo East Walker River Wood Co, LLC**

Debtor 1  **Roger Lee Ivey**                                                  Case number (if known)

---

| 4.2 2 | **Goldman Sachs Bank USA** | Last 4 digits of account number | **1608** | **$3,050.00** |

Nonpriority Creditor's Name
**PO Box 6112**
**Philadelphia, PA 19115-6112**

When was the debt incurred?  **2020-04**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Revolving account**

---

| 4.2 3 | **HB Properties, LC** | Last 4 digits of account number | | **$636,359.94** |

Nonpriority Creditor's Name
**9100 South 300 West**
**Sandy, UT 84070**

When was the debt incurred?  **2/1/2023**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt. Personal guaranty on 10 year commercial lease (6490 & 6520 S Eisenman Rd, Boise)**

---

| 4.2 4 | **Idaho Spine Institute** | Last 4 digits of account number | **3793** | **$608.14** |

Nonpriority Creditor's Name
**147 W Chubbuck Rd**
**Chubbuck, ID 83202**

When was the debt incurred?  **2023**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Medical**

---

Debtor 1  **Roger Lee Ivey**                                                      Case number (if known) _____

| 4.2 5 | | | |
|---|---|---|---|

**John Piccolo**                                        Last 4 digits of account number _____        **$894,182.60**

Nonpriority Creditor's Name

**P.O. Box 387**                                         When was the debt incurred?    **4/29/2023**

**Eden, UT 84310**

Number Street City State Zip Code                       As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ☐ Disputed
☒ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a    community            ☐ Student loans
debt**                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims
☒ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                         **Business Debt. Personal guarantee on 10**
☐ Yes                                                    ☒ Other. Specify  **year commercial lease (Ogden, UT)**

---

| 4.2 6 | | | |
|---|---|---|---|

**Jordan Country Square LLC**                           Last 4 digits of account number _____        **$738,273.80**

Nonpriority Creditor's Name

**Attn: Michael Guggenheim**                             When was the debt incurred?    **3/16/2023**

**30775 Bainbridge Road, Suite #210**

**Solon, OH 44139**

Number Street City State Zip Code                       As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ☐ Disputed
☒ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a    community            ☐ Student loans
debt**                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims
☒ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                         **Business Debt. Personal guarantee on**
☐ Yes                                                    ☒ Other. Specify  **10-year commercial lease (Jordan, UT)**

---

| 4.2 7 | | | |
|---|---|---|---|

**Kelly Electronics Inc**                               Last 4 digits of account number    **3671**        **$3,596.05**

Nonpriority Creditor's Name

**PO Box 212**                                           When was the debt incurred?    _____

**Hyde Park, UT 84318**

Number Street City State Zip Code                       As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☒ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ☐ Disputed
☐ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a    community            ☐ Student loans
debt**                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims
☒ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                         **Potential personal liability for business**
☐ Yes                                                    ☒ Other. Specify  **debt**

---

Debtor 1  **Roger Lee Ivey**                                                    Case number (if known) _____

---

| 4.2 8 | **Lemonade Stand Investments LLC** | Last 4 digits of account number _____ | $843,328.90 |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o: Matthew Perry**
**1316 E 600 N**
**Bountiful, UT 84010**

Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**When was the debt incurred?**  **8/23/2023**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt. Personal guarantee on 10 year commercial lease (Clearfield, UT)**

---

| 4.2 9 | **MDH Development LLC** | Last 4 digits of account number _____ | $788,379.90 |
|---|---|---|---|

Nonpriority Creditor's Name
**2798 E Falcon Way**
**Sandy, UT 84093**

Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**When was the debt incurred?**  **6/22/2022**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt. Personal guarantee on 10-year commercial lease (Sandy, UT)**

---

| 4.3 0 | **Moab Gas LLC** | Last 4 digits of account number _____ | $7,562.50 |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Stuart Kent**
**2200 S Rio Verde**
**Moab, UT 84532**

Number Street City State Zip Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**When was the debt incurred?**  **7/31/2024**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt.**

---

Debtor 1  **Roger Lee Ivey**

Case number (if known) _____

---

**4.3 1**

**Navient**

Nonpriority Creditor's Name

**PO Box 9500**
**Wilkes Barre, PA 18773-9500**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number    **0305**          $52,578.00

When was the debt incurred?    **2004-03**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☒ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Installment account**

---

**4.3 2**

**Navient**

Nonpriority Creditor's Name

**PO Box 9655**
**Wilkes Barre, PA 18773-9655**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number    **7139**          $825.00

When was the debt incurred?    **2000-09**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☒ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Installment account**

---

**4.3 3**

**Navient**

Nonpriority Creditor's Name

**PO Box 9655**
**Wilkes Barre, PA 18773-9655**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number    **5421**          $337.00

When was the debt incurred?    **1998-08**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☒ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Installment account**

---

Debtor 1  **Roger Lee Ivey**                                                 Case number (if known)

---

| 4.3 4 | **Navient** |
|---|---|

Nonpriority Creditor's Name

**PO Box 9655**
**Wilkes Barre, PA 18773-9655**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**    **1845**                            **$216.00**

**When was the debt incurred?**        **1999-08**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☒ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Installment account**

---

| 4.3 5 | **Navient** |
|---|---|

Nonpriority Creditor's Name

**PO Box 9655**
**Wilkes Barre, PA 18773-9655**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**    **5439**                            **$205.00**

**When was the debt incurred?**        **1997-07**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☒ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Installment account**

---

| 4.3 6 | **Norco Inc** |
|---|---|

Nonpriority Creditor's Name

**150 Shannon Dr**
**Nampa, ID 83687**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number**    **SBM7**                            **$699.76**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **potential personal liability on business debt**

---

Debtor 1   **Roger Lee Ivey**                                                  Case number (if known)

---

**4.3 7**   **Nordstrom FSB**                          Last 4 digits of account number   **1870**                    $777.00

Nonpriority Creditor's Name
**13531 E Caley Ave**                              When was the debt incurred?   **2010-01**
**Englewood, CO 80111-6504**

Number Street City State Zip Code                 **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☒ Debtor 1 only                                   ☐ Contingent
☐ Debtor 2 only                                   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ☐ Disputed
☐ At least one of the debtors and another         **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a   community**    ☐ Student loans
**debt**                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims
☒ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                             ☒ Other. Specify   **Revolving account**

---

**4.3 8**   **Passmore LLC**                          Last 4 digits of account number                              $50,151.53

Nonpriority Creditor's Name
**9100 South 300 West**                            When was the debt incurred?   **2024**
**Sandy, UT 84070**

Number Street City State Zip Code                 **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                   ☐ Contingent
☐ Debtor 2 only                                   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ☐ Disputed
☒ At least one of the debtors and another         **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a   community**    ☐ Student loans
**debt**                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims
☒ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                             ☒ Other. Specify   **personal liability on business debt - past
                                                  due rent**

---

**4.3 9**   **SC QI, LLC**                            Last 4 digits of account number                              $802,471.55

Nonpriority Creditor's Name
**Attn: Melanie Huscroft**                         When was the debt incurred?   **12/15/2022**
**252 E Wiltshire Lane**
**Saratoga Springs, UT 84045**

Number Street City State Zip Code                 **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                   ☐ Contingent
☐ Debtor 2 only                                   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ☐ Disputed
☒ At least one of the debtors and another         **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a   community**    ☐ Student loans
**debt**                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims
☒ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                             ☒ Other. Specify   **Business Debt. Personal guarantee on 10
                                                  year commercial lease (Santa Clara, UT)**

---

Debtor 1  **Roger Lee Ivey**                                                    Case number *(if known)*

| | | |
|---|---|---|
| **4.4 0** | **Skip Dunn Investments LC** | **Last 4 digits of account number** _____     **$297,842.50** |

Nonpriority Creditor's Name

**P.O. Box 1784**
**Vineyard, UT 84059**

**When was the debt incurred?**  **10/10/2023**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Business Debt. Personal guarantee on**
☒ Other. Specify   **5-year commercial lease (Lindon, UT)**

---

| | | |
|---|---|---|
| **4.4 1** | **South Mesa Ranch Land & Cattle Co LLC** | **Last 4 digits of account number** _____     **$840,840.49** |

Nonpriority Creditor's Name

**C/O NAI Premier**
**7455 S Union Park Ave, Ste A**
**Midvale, UT 84047**

**When was the debt incurred?**  **6/3/2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Business Debt. Personal guarantee on 10**
☒ Other. Specify   **year commercial lease (West Haven, UT)**

---

| | | |
|---|---|---|
| **4.4 2** | **South Willow Business Park LLC** | **Last 4 digits of account number** _____     **Unknown** |

Nonpriority Creditor's Name

**5330 S 900 E, Suite #130**
**Salt Lake City, UT 84117**

**When was the debt incurred?**  **8/18/2023**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Business Debt. Personal guarantee on**
☒ Other. Specify   **commercial lease assignment (Draper, UT)**

---

Debtor 1    **Roger Lee Ivey**                                                      Case number *(if known)*

---

**4.43**

**SR Gorge Properties LLC**                          Last 4 digits of account number _____          **$505,429.52**

Nonpriority Creditor's Name

**9100 South 300 West**                              When was the debt incurred?        **7/21/2022**
**Sandy, UT 84070**

Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
☒ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a   community**       ☐ Student loans
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims
☒ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                     **Business Debt. Personal Guaranty on 10**
                                                     **year commercial lease (1553 Washington**
☐ Yes                                                ☒ Other. Specify **St, Twin Falls, ID 83301)**

---

**4.44**

**Syncb/Specialized**                                Last 4 digits of account number    **8423**                 **$5,139.00**

Nonpriority Creditor's Name

**PO Box 71757**                                     When was the debt incurred?        **2015-07**
**Philadelphia, PA 19176**

Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☒ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a   community**       ☐ Student loans
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims
☒ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                ☒ Other. Specify  **Revolving account**

---

**4.45**

**Synchrony Bank/Amazon**                            Last 4 digits of account number    **7575**                 **$4,264.00**

Nonpriority Creditor's Name

**PO Box 71737**                                     When was the debt incurred?        **2014-02**
**Philadelphia, PA 19176**

Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☒ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a   community**       ☐ Student loans
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims
☒ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                ☒ Other. Specify  **Revolving account**

---

Debtor 1  **Roger Lee Ivey** _____         Case number (if known) _____

| | | | |
|---|---|---|---|
| **4.4 6** | **Synchrony Bank/Lowes** | Last 4 digits of account number  **8755** | **$6,944.00** |

Nonpriority Creditor's Name

**PO Box 71727**
**Philadelphia, PA 19176**

Number Street City State Zip Code

When was the debt incurred?   **2009-05**

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Revolving account**

---

| | | | |
|---|---|---|---|
| **4.4 7** | **Synchrony/Paypal Credit** | Last 4 digits of account number  **7361** | **$9,376.00** |

Nonpriority Creditor's Name

**PO Box 71727**
**Philadelphia, PA 19176**

Number Street City State Zip Code

When was the debt incurred?   **2016-03**

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Revolving account**

---

| | | | |
|---|---|---|---|
| **4.4 8** | **Terrence H. Overmoe** | Last 4 digits of account number | **$757,934.38** |

Nonpriority Creditor's Name

**c/o Westerra Corporation**
**563 West 500 South, Suite 260**
**Bountiful, UT 84010**

Number Street City State Zip Code

When was the debt incurred?   **4/1/2023**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt. Personal guarantee on 10 year commercial lease (**

---

Debtor 1  **Roger Lee Ivey**       Case number (if known) _____

---

**4.49**

| **The Cherrington Firm** | Last 4 digits of account number | **6248** | **$928.10** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**746 E 1910 S, Ste 3**
**Provo, UT 84606**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☒ No

☐ Yes

☒ Other. Specify  **Potential personal liability on business debt; collection agency for Info West**

---

**4.50**

| **Toast Inc** | Last 4 digits of account number | **5448** | **$303.82** |
|---|---|---|---|

Nonpriority Creditor's Name

**333 Summer Street**
**Boston, MA 02210**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☒ No

☐ Yes

☒ Other. Specify  **potential liability on business debt for West Haven location**

---

**4.51**

| **Wells Fargo Bank NA** | Last 4 digits of account number | **6069** | **$16,640.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 393**
**Minneapolis, MN 55480-0393**

When was the debt incurred?  **1989-06**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☒ No

☐ Yes

☒ Other. Specify  **Revolving account**

---

Debtor 1  **Roger Lee Ivey**                                     Case number *(if known)*

---

| 4.5 2 | |
|---|---|

**Wells Fargo SBCS**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**P.O. Box 29482**
**Phoenix, AZ 85038**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   **3547**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Credit card purchases**

$17,478.14

---

| 4.5 3 | |
|---|---|

**Wells Fargo SBL**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**P.O. Box 29482**
**Phoenix, AZ 85038**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

Last 4 digits of account number   **3787**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
**Personal liability on Business Credit Card**
☒ Other. Specify   **for Roger Ivey MD PC**

$80,932.90

---

| 4.5 4 | |
|---|---|

**Zions Bank National Association**
Nonpriority Creditor's Name
**310 S Main St**
**Salt Lake City, UT 84101-2105**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   **1717**

**When was the debt incurred?**   **2014-12-05**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **CreditLine account**

$47,140.00

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**At&T Universal Citi Card**
**Attn: Bankruptcy**
**PO Box 6500**
**Sioux Falls, SD 57117-6500**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.2** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  _____

---

Debtor 1  **Roger Lee Ivey**                                    Case number (if known) _____

| Name and Address **Bank of America** **Attn: Bankruptcy** **4909 Savarese Cir** **Tampa, FL 33634-2413** | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.4** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| Last 4 digits of account number | |

| Name and Address **Bank of America** **Attn: Bankruptcy** **4909 Savarese Cir** **Tampa, FL 33634-2413** | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.5** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| Last 4 digits of account number | |

| Name and Address **Citibank** **Citicorp Cr Srvs/Centralized** **Bankruptcy** **PO Box 790040** **Saint Louis, MO 63179-0040** | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.8** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| Last 4 digits of account number | |

| Name and Address **Citibank/the Home Depot** **Citicorp Cr Srvs/Centralized** **Bankruptcy** **PO Box 790040** **Saint Louis, MO 63179-0040** | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.9** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| Last 4 digits of account number | |

| Name and Address **Costco Citi Card** **Attn: Bankruptcy** **PO Box 6500** **Sioux Falls, SD 57117-6500** | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.16** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| Last 4 digits of account number | |

| Name and Address **Discover Financial** **Attn: Bankruptcy** **PO Box 3025** **New Albany, OH 43054-3025** | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.18** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| Last 4 digits of account number | |

| Name and Address **Fabian Vancott** **95 South State, Suite 2300** **Salt Lake City, UT 84111** | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.23** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| Last 4 digits of account number | |

| Name and Address **Freeman Lovell PLLC** **Attn: Lindsey Teasdale** **9980 South 300 West, Suite 200** **Sandy, UT 84070** | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.20** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| Last 4 digits of account number | |

| Name and Address **Goldman Sachs Bank USA** **Attn: Bankruptcy** **PO Box 70379** **Philadelphia, PA 19176-0379** | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.22** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| Last 4 digits of account number | |

| Name and Address **Hawley Troxell** **P.O. Box 1617** **Boise, ID 83701** | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.23** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| Last 4 digits of account number | |

Debtor 1  **Roger Lee Ivey**                                                Case number (if known) _____

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **InfoWest**<br>**435 E Tabernacle St**<br>**Saint George, UT 84770** | Line **4.49** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number     **9377** |
| Name and Address<br>**Navient**<br>**Attn: Bankruptcy**<br>**PO Box 9640**<br>**Wilkes Barre, PA 18773-9640** | Line **4.34** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**Navient**<br>**Attn: Bankruptcy**<br>**PO Box 9640**<br>**Wilkes Barre, PA 18773-9640** | Line **4.33** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**Navient**<br>**Attn: Bankruptcy**<br>**PO Box 9640**<br>**Wilkes Barre, PA 18773-9640** | Line **4.35** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**Navient**<br>**Attn: Claims/Bankruptcy**<br>**PO Box 9635**<br>**Wilkes Barre, PA 18773-9635** | Line **4.31** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**Navient**<br>**Attn: Bankruptcy**<br>**PO Box 9640**<br>**Wilkes Barre, PA 18773-9640** | Line **4.32** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**Nordstrom FSB**<br>**ATTN: Bankruptcy**<br>**PO Box 6555**<br>**Englewood, CO 80155-6555** | Line **4.37** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**Rockworth Management LLC**<br>**Attn: Nate Fotheringham**<br>**4655 South 2300 East**<br>**Suite #205**<br>**Salt Lake City, UT 84117** | Line **4.14** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**Synch/Specialized**<br>**Attn: Bankruptcy**<br>**PO Box 965060**<br>**Orlando, FL 32896-5060** | Line **4.44** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**Synchrony Bank/Amazon**<br>**Attn: Bankruptcy**<br>**PO Box 965060**<br>**Orlando, FL 32896-5060** | Line **4.45** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

Debtor 1  **Roger Lee Ivey**                                    Case number (if known) _____

| | |
|---|---|
| Name and Address<br>**Synchrony Bank/Lowes**<br>**Attn: Bankruptcy**<br>**PO Box 965060**<br>**Orlando, FL 32896-5060** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.46** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Synchrony/Paypal Credit**<br>**Attn: Bankruptcy**<br>**PO Box 965064**<br>**Orlando, FL 32896-5064** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.47** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Wells Fargo Bank NA**<br>**Attn: Bankruptcy**<br>**1 Home Campus**<br>**# MAC X2303-01A FL 3**<br>**Des Moines, IA 50328-0001** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.51** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

## Part 4:   Add the Amounts for Each Type of Unsecured Claim

6.   **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 2,385.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 2,385.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 54,161.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 12,018,171.63 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 12,072,332.63 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Roger Lee Ivey** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number | |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any
additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☒ No. Check this box and file this form with the court with your other schedules.   You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for
    example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts
    and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** Name<br><br>Number   Street<br><br>City                State        ZIP Code | |
| **2.2** Name<br><br>Number   Street<br><br>City                State        ZIP Code | |
| **2.3** Name<br><br>Number   Street<br><br>City                State        ZIP Code | |
| **2.4** Name<br><br>Number   Street<br><br>City                State        ZIP Code | |
| **2.5** Name<br><br>Number   Street<br><br>City                State        ZIP Code | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Roger Lee Ivey** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106H
# Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
☒ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
☒ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

☐ No
☒ Yes.

In which community state or territory did you live? __-NONE-__ . Fill in the name and current address of that person.

_____
Name of your spouse, former spouse, or legal equivalent
Number, Street, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **Dana Daniels** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.40__<br>☐ Schedule G _____<br>**Skip Dunn Investments LC** |
| 3.2 | **East Walker River Wood Company, LLC**<br>**12777 N Walton Rd**<br>**Pocatello, ID 83202** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.20__<br>☐ Schedule G _____<br>**FSP7 Heber, LLC** |
| 3.3 | **East Walker River Wood Company, LLC**<br>**12777 N Walton Rd**<br>**Pocatello, ID 83202** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.43__<br>☐ Schedule G _____<br>**SR Gorge Properties LLC** |

Debtor 1  **Roger Lee Ivey**_____     Case number *(if known)*_____

| | |
|---|---|
| ■ **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.4  **East Walker River Wood Company, LLC**
**12777 N Walton Rd**
**Pocatello, ID 83202**

☒ Schedule D, line ___**2.6**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**LCA Bank Corporation**

---

3.5  **East Walker River Wood Company, LLC**
**12777 N Walton Rd**
**Pocatello, ID 83202**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.1**___
☐ Schedule G _____
**ALS Development LLC**

---

3.6  **East Walker River Wood Company, LLC**
**12777 N Walton Rd**
**Pocatello, ID 83202**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.23**___
☐ Schedule G _____
**HB Properties, LC**

---

3.7  **East Walker River Wood Company, LLC**
**12777 N Walton Rd**
**Pocatello, ID 83202**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.19**___
☐ Schedule G _____
**Eckhardt Properties LLC**

---

3.8  **East Walker River Wood Company, LLC**
**12777 N Walton Rd**
**Pocatello, ID 83202**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.28**___
☐ Schedule G _____
**Lemonade Stand Investments LLC**

---

3.9  **East Walker River Wood Company, LLC**
**12777 N Walton Rd**
**Pocatello, ID 83202**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.29**___
☐ Schedule G _____
**MDH Development LLC**

---

3.10  **East Walker River Wood Company, LLC**
**12777 N Walton Rd**
**Pocatello, ID 83202**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.26**___
☐ Schedule G _____
**Jordan Country Square LLC**

---

3.11  **East Walker River Wood Company, LLC**
**12777 N Walton Rd**
**Pocatello, ID 83202**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.25**___
☐ Schedule G _____
**John Piccolo**

---

Debtor 1  **Roger Lee Ivey** _____    Case number *(if known)* _____

| | |
|---|---|
| ■ | **Additional Page to List More Codebtors** |

| Column 1: *Your codebtor* | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.12 **East Walker River Wood Company, LLC**
    **12777 N Walton Rd**
    **Pocatello, ID 83202**

☐ Schedule D, line _____
☒ Schedule E/F, line __4.17__
☐ Schedule G _____
**Desert Investment Group LLC**

3.13 **East Walker River Wood Company, LLC**
    **12777 N Walton Rd**
    **Pocatello, ID 83202**

☐ Schedule D, line _____
☒ Schedule E/F, line __4.40__
☐ Schedule G _____
**Skip Dunn Investments LC**

3.14 **East Walker River Wood Company, LLC**
    **12777 N Walton Rd**
    **Pocatello, ID 83202**

☐ Schedule D, line _____
☒ Schedule E/F, line __4.48__
☐ Schedule G _____
**Terrence H. Overmoe**

3.15 **East Walker River Wood Company, LLC**
    **12777 N Walton Rd**
    **Pocatello, ID 83202**

☐ Schedule D, line _____
☒ Schedule E/F, line __4.39__
☐ Schedule G _____
**SC QI, LLC**

3.16 **East Walker River Wood Company, LLC**
    **12777 N Walton Rd**
    **Pocatello, ID 83202**

☐ Schedule D, line _____
☒ Schedule E/F, line __4.42__
☐ Schedule G _____
**South Willow Business Park LLC**

3.17 **East Walker River Wood Company, LLC**
    **12777 N Walton Rd**
    **Pocatello, ID 83202**

☐ Schedule D, line _____
☒ Schedule E/F, line __4.7__
☐ Schedule G _____
**CCF Leasing**

3.18 **East Walker River Wood Company, LLC**
    **12777 N Walton Rd**
    **Pocatello, ID 83202**

☐ Schedule D, line _____
☒ Schedule E/F, line __4.13__
☐ Schedule G _____
**Coca-Cola of Southern Utah**

3.19 **East Walker River Wood Company, LLC**
    **12777 N Walton Rd**
    **Pocatello, ID 83202**

☐ Schedule D, line _____
☒ Schedule E/F, line __4.49__
☐ Schedule G _____
**The Cherrington Firm**

3.20 **East Walker River Wood Company, LLC**
    **12777 N Walton Rd**
    **Pocatello, ID 83202**

☐ Schedule D, line _____
☒ Schedule E/F, line __4.21__
☐ Schedule G _____
**Geneva Capital LLC**

Debtor 1   **Roger Lee Ivey**_____     Case number *(if known)*_____

▉  **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.21   **East Walker River Wood Company, LLC**
         **12777 N Walton Rd**
         **Pocatello, ID 83202**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.11**___
☐ Schedule G _____
**Clara Properties LLC**

---

3.22   **East Walker River Wood Company, LLC**
         **12777 N Walton Rd**
         **Pocatello, ID 83202**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.3**___
☐ Schedule G _____
**BamBam Holdings LLC**

---

3.23   **East Walker River Wood Company, LLC**
         **12777 N Walton Rd**
         **Pocatello, ID 83202**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.36**___
☐ Schedule G _____
**Norco Inc**

---

3.24   **East Walker River Wood Company, LLC**
         **12777 N Walton Rd**
         **Pocatello, ID 83202**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.38**___
☐ Schedule G _____
**Passmore LLC**

---

3.25   **Roger Ivey MD PC**
         **12777 N Walton Rd**
         **Pocatello, ID 83202**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.52**___
☐ Schedule G _____
**Wells Fargo SBCS**

---

3.26   **Roger Ivey, MD PC**
         **12777 N Walton Rd**
         **Pocatello, ID 83202**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.14**___
☐ Schedule G _____
**Comm. Centers of America - Plaza Del Dio**

---

3.27   **Roger Ivey, MD PC**
         **12777 N Walton Rd**
         **Pocatello, ID 83202**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.6**___
☐ Schedule G _____
**Bankers Healthcare Group LLC**

---

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Roger Lee Ivey** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income

**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ☒ Employed ☐ Not employed | ☐ Employed ☐ Not employed |
| | Occupation | **Anesthesiologist** | |
| | Employer's name | **Fairbanks Memorial Hospital** | |
| | Employer's address | **1650 Cowles St Fairbanks, AK 99701** | |
| | How long employed there? | **starting 9/30/2024** | |

### Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **55,000.00** | $ **N/A** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **N/A** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ **55,000.00** | $ **N/A** |

Debtor 1    **Roger Lee Ivey**                                          Case number (*if known*)

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
|  | Copy line 4 here ................................................................. | 4. | $ **55,000.00** | $ _____ **N/A** |

5.  List all payroll deductions:

|  |  |  | For Debtor 1 | | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ **16,500.00** | | $ **N/A** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | | $ **N/A** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | | $ **N/A** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ **0.00** | | $ **N/A** |
| 5e. | **Insurance** | 5e. | $ **500.00** | | $ **N/A** |
| 5f. | **Domestic support obligations** | 5f. | $ **0.00** | | $ **N/A** |
| 5g. | **Union dues** | 5g. | $ **0.00** | | $ **N/A** |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ **0.00** | + | $ **N/A** |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ **17,000.00** | | $ **N/A** |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ **38,000.00** | | $ **N/A** |

8.  List all other income regularly received:

| | | | For Debtor 1 | | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** <br> Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | | $ **N/A** |
| 8b. | **Interest and dividends** | 8b. | $ **0.00** | | $ **N/A** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** <br> Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | | $ **N/A** |
| 8d. | **Unemployment compensation** | 8d. | $ **0.00** | | $ **N/A** |
| 8e. | **Social Security** | 8e. | $ **0.00** | | $ **N/A** |
| 8f. | **Other government assistance that you regularly receive** <br> Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. <br> Specify: _____ | 8f. | $ **0.00** | | $ **N/A** |
| 8g. | **Pension or retirement income** | 8g. | $ **0.00** | | $ **N/A** |
| 8h. | **Other monthly income.** Specify: _____ | 8h.+ | $ **0.00** | + | $ **N/A** |

| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ **0.00** | $ **N/A** |
|---|---|---|---|---|

| 10. | **Calculate monthly income.** Add line 7 + line 9. <br> Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **38,000.00** + $ **N/A** = $ **38,000.00** |
|---|---|---|---|

11.  **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____    11. +$ **0.00**

12.  **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12. $ **38,000.00**

**Combined monthly income**

13.  **Do you expect an increase or decrease within the year after you file this form?**
☒ No.
☐ Yes. Explain: _____

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 __Roger Lee Ivey__ | Check if this is: |
| Debtor 2 _____ (Spouse, if filing) | ☐ An amended filing<br>☐ A supplement showing postpetition chapter 13 expenses as of the following date: |
| United States Bankruptcy Court for the: __DISTRICT OF IDAHO__ | _____<br>MM / DD / YYYY |
| Case number _____ (If known) | |

## Official Form 106J

# Schedule J: Your Expenses                                              12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and   ☒ Yes.   Fill out this information for
   Debtor 2.                              each dependent..............

   Do not state the
   dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 18 | ☐ No  ☒ Yes |
| Son | 16 | ☐ No  ☒ Yes |
| Daughter | 11 | ☐ No  ☒ Yes |
| Son | 9 | ☐ No  ☒ Yes |
| Son | 6 | ☐ No  ☒ Yes |
| Son | 4 | ☐ No  ☒ Yes |
| Daughter | 3 | ☐ No  ☒ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**   ☒ No   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | **Your expenses** |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 7,289.00 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 300.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ 5,889.00 |

Debtor 1    **Roger Lee Ivey**                                          Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | **550.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **0.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **385.00** |
| | 6d. | Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **2,800.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **500.00** |
| 10. | **Personal care products and services** | | 10. $ | **250.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **750.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | |
| | Do not include car payments. | | 12. $ | **650.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **300.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **5,500.00** |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **0.00** |
| | 15b. | Health insurance | 15b. $ | **0.00** |
| | 15c. | Vehicle insurance | 15c. $ | **250.00** |
| | 15d. | Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: | | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **1,782.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **1,327.00** |
| | 17c. | Other. Specify:   **GMC Yukon** | 17c. $ | **1,005.00** |
| | 17d. | Other. Specify:   **Toyota 4Runner** | 17d. $ | **819.00** |
| | | **Kubota (lawn mower)** | $ | **309.00** |
| | | **Westmark Credit Union (2022 Honda TRX)** | $ | **200.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as** | | | |
| | **deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | **2,300.00** |
| 19. | **Other payments you make to support others who do not live with you.** | | | |
| | Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify:   **Debtor's work related expenses (rent in AK, flights, utilities, transportation)** | 21. +$ | **4,800.00** |

| | | | | |
|---|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | **37,955.00** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | | $ | **37,955.00** |

| | | | | |
|---|---|---|---|---|
| 23. | **Calculate your monthly net income.** | | | |
| | 23a.  Copy line 12 *(your combined monthly income)* from Schedule I. | | 23a. $ | **38,000.00** |
| | 23b.  Copy your monthly expenses from line 22c above. | | 23b. -$ | **37,955.00** |
| | 23c.  Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | | 23c. $ | **45.00** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
☒ No.
☐ Yes.    | Explain here: **Debtor will be commuting to work in Alaska and will incur work-related costs.** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Roger Lee Ivey** |
| | First Name · · · · · · · · · Middle Name · · · · · · · · · Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name · · · · · · · · · Middle Name · · · · · · · · · Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No
☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| | | |
|---|---|---|
| X **/s/ Roger Lee Ivey** | | X _____ |
| **Roger Lee Ivey** | | Signature of Debtor 2 |
| Signature of Debtor 1 | | |
| | | |
| Date **September 5, 2024** | | Date _____ |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Roger Lee Ivey** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy
04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    **Give Details About Your Marital Status and Where You Lived Before**

1. **What is your current marital status?**

   ☒ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☐ No
   ☒ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **2615 S 2310 E**<br>**Saint George, UT 84790** | From-To:<br>**2005 - 12/2021** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1<br>From-To: |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☐ No
   ☒ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2**    **Explain the Sources of Your Income**

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips | **$416,068.00** | ☐ Wages, commissions, bonuses, tips | |
| | ☒ Operating a business | | ☐ Operating a business | |

Debtor 1 __Roger Lee Ivey_____          Case number *(if known)*_____

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2023 )** | ☒ Wages, commissions, bonuses, tips<br><br>☒ Operating a business | **$199,468.00** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2022 )** | ☒ Wages, commissions, bonuses, tips<br><br>☒ Operating a business | **$422,968.00** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

**5.** **Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☒ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

**6.** **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☒ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No.  Go to line 7.

☒ Yes  List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.  Go to line 7.

☐ Yes  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **MRC/United Wholesale M**<br>**Attn: Bankruptcy**<br>**PO Box 619098**<br>**Dallas, TX 75261-9098** | **90 days prior to filing ($7288/mo)** | **$21,864.00** | **$0.00** | ☒ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☒ Other__1st DOT (aka__<br>**Lakeview)** |

Debtor 1   __Roger Lee Ivey__                                         Case number *(if known)* _____

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **LCA Bank Corporation**<br>310 South Main St., Suite 900<br>Salt Lake City, UT 84101 | **90 days prior to filing ($5889/mo)** | **$17,667.00** | **$0.00** | ☒ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☒ Other __2nd DOT__ |
| **GM Financial** | **90 days prior to filing ($1,781/mo)** | **$5,343.00** | **$0.00** | ☐ Mortgage<br>☒ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☒ Other __2023 Ford F350__ |
| **Gm Financial**<br>PO Box 181145<br>Arlington, TX 76096-1145 | **90 days prior to filing ($1,004/mo)** | **$3,012.00** | **$0.00** | ☐ Mortgage<br>☒ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☒ Other __2020 GMC Yukon__ |
| **Toyota Financial Services**<br>PO Box 9786<br>Cedar Rapids, IA 52409-0004 | **90 days prior to filing ($818/mo)** | **$2,454.00** | **$0.00** | ☐ Mortgage<br>☒ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☒ Other __Toyota 4Runner__ |
| **US Bank**<br>Oshkosh, WI 54903 | **90 days prior to filing ($1,226/mo)** | **$3,678.00** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☒ Other __2016 Jayco Seneca__ |
| **Kubota Credit Corp, USA**<br>PO Box 2046<br>Grapevine, TX 76099-2046 | **90 days prior to filing ($308/mo)** | **$924.00** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☒ Other __lawn mower__ |
| **Zions Bank National Association**<br>310 S Main St<br>Salt Lake City, UT 84101-2105 | **90 days prior to filing** | **$0.00** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other __ |
| **Costco Citi Card**<br>PO Box 6190<br>Sioux Falls, SD 57117-6190 | **90 days prior to filing** | **$0.00** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other __ |
| **Wells Fargo SBL**<br>Attn: Bankruptcy<br>P.O. Box 29482<br>Phoenix, AZ 85038 | **90 days prior to filing** | **$0.00** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other __ |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor 1    **Roger Lee Ivey**    Case number *(if known)*

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☒ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☒ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☒ No
☐ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☒ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property   Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
☒ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
☒ No
☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
☒ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person   Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

| Debtor 1 | **Roger Lee Ivey** | | Case number *(if known)* | |

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☐ No
☒ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| Church of Jesus Christ of Latter Day Sai<br>Pocatello, ID 83202 | **Tithing** | **2024** | **$36,000.00** |

---

**Part 6:    List Certain Losses**

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☐ No
☒ Yes.   Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| **hand tools were stolen from debtor's business** | **none** | **11/2023** | **$10,000.00** |

---

**Part 7:    List Certain Payments or Transfers**

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☒ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Caval Law Office PC<br>248 Idaho Street S<br>Twin Falls, ID 83301** | **Attorney Fee & Filing Fee $5,000** | **8/6/2024** | **$5,000.00** |

---

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor 1   **Roger Lee Ivey**                                              Case number *(if known)*_____

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.
☐ No
☒ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Insurance co.<br><br>none | Title to totaled 2013 Jeep Wrangler valued at $20,000 | Received $20,000 and proceeds were used to purchase Toyota 4Runner | 06/2023 |
| Stan Merrill<br><br>none | sold Sodamix franchise to Stan Merrill/Merrill Convenience Stores for $125,000 | none (amount owed from Stan is listed on Schedule B) | 2/21/2023 |
| Krista Coates<br>Twin Falls, ID 83301<br><br>none | sold Sodamix Twin Falls franchise to Krista Coates for approx $185,000 | received $185,000 | early 2023 |
| Zach Blackham<br>Salt Lake City, UT<br><br>none | Sold the Sodamix franchise in Salem to Zach for approx. $250,000. | Received $50,000 and he still owes $200,000 | 2023 |
| Unrelated buyer<br>Tooele, UT<br><br>None | Sold him a Sodamix franchise in Santa Clara for $200,000. | received $200,000 | 2023 |
| John E. Ivey<br>12777 N Walton<br>Pocatello, ID 83202<br><br>debtor's father | Transferred his 50% interest in Factory & Co Franchising & Factory & Co Distributing to avoid triggering a non-complete clause with SodaMix; value of the the ownership interest was $0 as the entities were newly formed | $0 | 2024 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)
☒ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

Debtor 1    **Roger Lee Ivey**                                            Case number *(if known)*

---

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20.  Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.
☒  No
☐  Yes. Fill in the details.

| Name of Financial Institution and Address *(Number, Street, City, State and ZIP Code)* | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21.  Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☒  No
☐  Yes. Fill in the details.

| Name of Financial Institution Address *(Number, Street, City, State and ZIP Code)* | Who else had access to it? Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|

22.  Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☒  No
☐  Yes. Fill in the details.

| Name of Storage Facility Address *(Number, Street, City, State and ZIP Code)* | Who else has or had access to it? Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

23.  Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☒  No
☐  Yes.  Fill in the details.

| Owner's Name Address *(Number, Street, City, State and ZIP Code)* | Where is the property? *(Number, Street, City, State and ZIP Code)* | Describe the property | Value |
|---|---|---|---|

---

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

☒  *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
☒  *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
☒  *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.  Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☒  No
☐  Yes. Fill in the details.

| Name of site Address *(Number, Street, City, State and ZIP Code)* | Governmental unit Address *(Number, Street, City, State and ZIP Code)* | Environmental law, if you know it | Date of notice |
|---|---|---|---|

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor 1    **Roger Lee Ivey**                                          Case number *(if known)* _____

---

25. **Have you notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:    Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☒ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.    Go to Part 12.
☒ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Roger Ivey MD PC**<br>**12777 N Walton Rd**<br>**Pocatello, ID 83202** | **Medical**<br><br>**Mathew Regen CPA, PC** | EIN:    **20-3083140**<br><br>From-To  **2006 - present** |
| **East Walker River Wood Company LLC**<br>**12777 N Walton Rd**<br>**Pocatello, ID 83202** | **woodworking**<br><br>**Mathew Regen CPA, PC** | EIN:    **47-5331267**<br><br>From-To  **10/2022 - present** |
| **Factory & Co**<br>**12777 N Walton Rd**<br>**Pocatello, ID 83202** | **cookie & mixed soda**<br><br>**Mathew Regen CPA, PC** | EIN:<br><br>From-To  **05-06/2024** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☒ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

Debtor 1    **Roger Lee Ivey**                                     Case number *(if known)*

---

| **Part 12:** | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**/s/ Roger Lee Ivey**
_____                    _____
**Roger Lee Ivey**                                                **Signature of Debtor 2**
**Signature of Debtor 1**

Date    **September 5, 2024**                          Date    _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
☒ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☒ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Roger Lee Ivey** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    **12/15**

If you are an individual filing under chapter 7, you must fill out this form if:
☒ creditors have claims secured by your property, or
☒ you have leased personal property and the lease has not expired.
**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Freedom Road Financial**<br><br>Description of property securing debt: **2023 Husqvarna 300** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☒ Retain the property and [explain]:<br>**Retain and pay pursuant to contract** | ☒ No<br><br>☐ Yes |
| Creditor's name: **Gm Financial**<br><br>Description of property securing debt: **2023 Ford Super Duty F350 20,000 miles very good condition; value per KBB** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☒ Retain the property and [explain]:<br><br>**Retain & Pay per contract** | ☒ No<br><br>☐ Yes |
| Creditor's name: **Gm Financial**<br><br>Description of property securing debt: **2020 GMC Yukon XL 60,000 miles Good condition, value per KBB** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☒ Retain the property and [explain]:<br>**Retain and pay pursuant to contract** | ☐ No<br><br>☒ Yes |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Roger Lee Ivey**                                    Case number (*if known*)

---

| Creditor's name: | **Idaho Farm Bureau Financial Services** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br><br>☐ Retain the property and enter into a<br>*Reaffirmation Agreement.*<br>☒ Retain the property and [explain]: | ☒ No<br><br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | **2023 Legend Utility Trailer enclosed trailer - sustained approx $6,000 of damage when debtor hit deer on the road. Debtor has insurance check for repairs and is in the process of repairing the trailer. Value based on current condition.** | **Retain and pay pursuant to contract** | |

---

| Creditor's name: | **Kubota Credit Corp, USA** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>*Reaffirmation Agreement.*<br>☒ Retain the property and [explain]: | ☒ No<br><br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | **Kubota Z781 zero turn lawn mower; value per tractorhouse.com** | **Retain and pay pursuant to contract** | |

---

| Creditor's name: | **LCA Bank Corporation** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>*Reaffirmation Agreement.*<br>☒ Retain the property and [explain]: | ☐ No<br><br>☒ Yes |
|---|---|---|---|
| Description of property securing debt: | **12777 N Walton Rd, Pocatello, ID 83202 Value per realtor.com is $1,267,140; value per Bannock Co Assessor is $1,015,371** | **Retain and pay pursuant to contract** | |

---

| Creditor's name: | **Lincoln Automotive Finance** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>*Reaffirmation Agreement.*<br>☒ Retain the property and [explain]: | ☒ No<br><br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | **2021 Ford F350 Super Duty Crew 80000 miles Very good condition, value per KBB** | **Retain and pay pursuant to contract** | |

---

| Creditor's name: | **Mrc/United Wholesale M** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>*Reaffirmation Agreement.*<br>☒ Retain the property and [explain]: | ☐ No<br><br>☒ Yes |
|---|---|---|---|
| Description of property securing debt: | **12777 N Walton Rd, Pocatello, ID 83202 Value per realtor.com is $1,267,140; value per Bannock Co Assessor is $1,015,371** | **Retain and pay pursuant to contract** | |

---

| Creditor's name: | **State Bank of Southern Utah** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>*Reaffirmation Agreement.*<br>☒ Retain the property and [explain]: | ☒ No<br><br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | **forklift** | **Retain and pay pursuant to contract** | |

---

Official Form 108              **Statement of Intention for Individuals Filing Under Chapter 7**              page 2

| Debtor 1 | **Roger Lee Ivey** | Case number *(if known)* | |

| Creditor's name: | **Toyota Financial Services** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>*Reaffirmation Agreement.*<br>☒ Retain the property and [explain]:<br><br>**Retain and pay pursuant to contract** | ☒ No<br><br>☐ Yes |
| Description of property securing debt: | **2022 Toyota 4Runner SR5 Sport 30,000 miles**<br>**Very good condition; value per KBB** | | |

| Creditor's name: | **US Bank** | ☒ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>*Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☒ No<br><br>☐ Yes |
| Description of property securing debt: | **2016 Jayco Seneca 37FS**<br>**Value per JD Power** | | |

| Creditor's name: | **Westmark Credit Union** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>*Reaffirmation Agreement.*<br>☒ Retain the property and [explain]:<br>**Retain and pay pursuant to contract** | ☒ No<br><br>☐ Yes |
| Description of property securing debt: | **2022 Honda TRX 420**<br>**Value per JD Power** | | |

## Part 2:   List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |

## Part 3:   Sign Below

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor 1    **Roger Lee Ivey**_____    Case number (*if known*)_____

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

**X**    **/s/ Roger Lee Ivey**_____    **X**_____

    **Roger Lee Ivey**        Signature of Debtor 2
    Signature of Debtor 1

    Date    **September 5, 2024**_____    Date_____

## Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

> You are an individual filing for bankruptcy, and
>
> Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation
>
> Chapter 11 - Reorganization
>
> Chapter 12 - Voluntary repayment plan for family farmers or fishermen
>
> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;
>
> most student loans;
>
> domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|       | $200  | filing fee         |
|-------|-------|--------------------|
| +     | $78   | administrative fee |
|       | $278  | total fee          |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|       | $235  | filing fee         |
|-------|-------|--------------------|
| +     | $78   | administrative fee |
|       | $313  | total fee          |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

---

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

---

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:
http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to:
http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

## United States Bankruptcy Court
### District of Idaho

In re    **Roger Lee Ivey**                          Case No. _____

                                  Debtor(s)           Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **September 5, 2024** _____      **/s/ Roger Lee Ivey** _____

                                                   **Roger Lee Ivey**

                                                   Signature of Debtor

ALS Development LLC
2275 North 2825 West
Ogden, UT 84404


At&T Universal Citi Card
PO Box 6241
Sioux Falls, SD 57117-6241


At&T Universal Citi Card
Attn: Bankruptcy
PO Box 6500
Sioux Falls, SD 57117-6500


BamBam Holdings LLC
1871 W Canyon View Dr
Saint George, UT 84770


Bank of America
PO Box 982238
El Paso, TX 79998-2238


Bank of America
Attn: Bankruptcy
4909 Savarese Cir
Tampa, FL 33634-2413


Bankers Healthcare Group LLC
10234 W State Road 84
Fort Lauderdale, FL 33324


CCF Leasing
8648 W Elisa St
Boise, ID 83709


Citibank
PO Box 6217
Sioux Falls, SD 57117-6217


Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0040


Citibank/the Home Depot
PO Box 6497
Sioux Falls, SD 57117-6497


Citibank/the Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0040


City of Santa Clara
2603 Santa Clara Drive
Santa Clara, UT 84765

Clara Properties LLC
PO Box 1680
American Fork, UT 84003


Classic Marble & Granite Inc
2145 S Grant Ave
Pocatello, ID 83204


Coca-Cola of Southern Utah
DBA Bald Eagle Beverage P.O. Box 2350
Cedar City, UT 84721


Comm. Centers of America - Plaza Del Dio
5670 Wiltshire Boulevard, Suite 1250
Los Angeles, CA 90036


Commercial Management Group Inc
P.O. Box 1680
American Fork, UT 84003


Costco Citi Card
PO Box 6190
Sioux Falls, SD 57117-6190


Costco Citi Card
Attn: Bankruptcy
PO Box 6500
Sioux Falls, SD 57117-6500


Dana Daniels


Desert Investment Group LLC
2538 E 2390 South Circle
Saint George, UT 84790


Discover Financial
PO Box 30939
Salt Lake City, UT 84130-0939


Discover Financial
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054-3025


East Walker River Wood Company, LLC
12777 N Walton Rd
Pocatello, ID 83202


Eckhardt Properties LLC
Attn: Cherie Moore
1706 N. Whitley Dr.
Fruitland, ID 83619


Fabian Vancott
95 South State, Suite 2300
Salt Lake City, UT 84111

Freedom Road Financial
10605 Double R Blvd
Reno, NV 89521-8920


Freedom Road Financial
Attn: Bankruptcy
10509 Professional Cir
Ste 100
Reno, NV 89521-4883


Freeman Lovell PLLC
Attn: Lindsey Teasdale
9980 South 300 West, Suite 200
Sandy, UT 84070


FSP7 Heber, LLC
Attn: API Law, LLC, Reg. Agent
260 South 1200 West
Orem, UT 84058


Geneva Capital LLC
1311 Broadway St
Alexandria, MN 56308


Gm Financial
PO Box 181145
Arlington, TX 76096-1145


Gm Financial
801 Cherry St
Ste 3600
Fort Worth, TX 76102-6855


Goldman Sachs Bank USA
PO Box 6112
Philadelphia, PA 19115-6112


Goldman Sachs Bank USA
Attn: Bankruptcy
PO Box 70379
Philadelphia, PA 19176-0379


Hawley Troxell
P.O. Box 1617
Boise, ID 83701


HB Properties, LC
9100 South 300 West
Sandy, UT 84070


Idaho Farm Bureau Financial Services
PO Box 4848
Pocatello, ID 83205-4848


Idaho Farm Bureau Financial Services
275 Tierra Vista Dr
Pocatello, ID 83201-5813

Idaho Spine Institute
147 W Chubbuck Rd
Chubbuck, ID 83202


Idaho State Tax Commission
P.O. Box 36
Boise, ID 83722


InfoWest
435 E Tabernacle St
Saint George, UT 84770


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


John Piccolo
P.O. Box 387
Eden, UT 84310


Jordan Country Square LLC
Attn: Michael Guggenheim
30775 Bainbridge Road, Suite #210
Solon, OH 44139


Kelly Electronics Inc
PO Box 212
Hyde Park, UT 84318


Kubota Credit Corp, USA
PO Box 2046
Grapevine, TX 76099-2046


Kubota Credit Corp, USA
Attn: Bankruptcy
PO Box 2046
Grapevine, TX 76099-2046


Lakeview Loan Servicing
507 Prudential Rd
Horsham, PA 19044


LCA Bank Corporation
310 South Main St., Suite 900
Salt Lake City, UT 84101


Lemonade Stand Investments LLC
c/o: Matthew Perry 1316 E 600 N
Bountiful, UT 84010


Lincoln Automotive Finance
PO Box 542000
Omaha, NE 68154-8000

Lincoln Automotive Finance
Attn: Bankrutcy
PO Box 542000
Omaha, NE 68154-8000


MDH Development LLC
2798 E Falcon Way
Sandy, UT 84093


Moab Gas LLC
Attn: Stuart Kent
2200 S Rio Verde
Moab, UT 84532


Mrc/United Wholesale M
350 Highland St
Houston, TX 77009-6623


MRC/United Wholesale M
Attn: Bankruptcy
PO Box 619098
Dallas, TX 75261-9098


National Bankruptcy Service Center
P.O. Box 35911
Cleveland, OH 44135


Navient
PO Box 9655
Wilkes Barre, PA 18773-9655


Navient
Attn: Bankruptcy
PO Box 9640
Wilkes Barre, PA 18773-9640


Navient
PO Box 9500
Wilkes Barre, PA 18773-9500


Navient
Attn: Claims/Bankruptcy
PO Box 9635
Wilkes Barre, PA 18773-9635


Norco Inc
150 Shannon Dr
Nampa, ID 83687


Nordstrom FSB
13531 E Caley Ave
Englewood, CO 80111-6504


Nordstrom FSB
ATTN: Bankruptcy
PO Box 6555
Englewood, CO 80155-6555

Passmore LLC
9100 South 300 West
Sandy, UT 84070


Rockworth Management LLC
Attn: Nate Fotheringham
4655 South 2300 East Suite #205
Salt Lake City, UT 84117


Roger Ivey, MD PC
12777 N Walton Rd
Pocatello, ID 83202


SC QI, LLC
Attn: Melanie Huscroft
252 E Wiltshire Lane
Saratoga Springs, UT 84045


Skip Dunn Investments LC
P.O. Box 1784
Vineyard, UT 84059


South Mesa Ranch Land & Cattle Co LLC
C/O NAI Premier
7455 S Union Park Ave, Ste A
Midvale, UT 84047


South Willow Business Park LLC
5330 S 900 E, Suite #130
Salt Lake City, UT 84117


SR Gorge Properties LLC
9100 South 300 West
Sandy, UT 84070


State Bank of Southern Utah
P.O. Box 340
Cedar City, UT 84720


Syncb/Specialized
PO Box 71757
Philadelphia, PA 19176


Syncb/Specialized
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060


Synchrony Bank/Amazon
PO Box 71737
Philadelphia, PA 19176


Synchrony Bank/Amazon
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Lowes
PO Box 71727
Philadelphia, PA 19176


Synchrony Bank/Lowes
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060


Synchrony/Paypal Credit
PO Box 71727
Philadelphia, PA 19176


Synchrony/Paypal Credit
Attn: Bankruptcy
PO Box 965064
Orlando, FL 32896-5064


Terrence H. Overmoe
c/o Westerra Corporation
563 West 500 South, Suite 260
Bountiful, UT 84010


The Cherrington Firm
Attn: Bankruptcy
746 E 1910 S, Ste 3
Provo, UT 84606


Toast Inc
333 Summer Street
Boston, MA 02210


Toyota Financial Services
PO Box 9786
Cedar Rapids, IA 52409-0004


Toyota Financial Services
Attn: Bankruptcy
PO Box 259004
Plano, TX 75025-9004


US Bank
PO Box 790179
Saint Louis, MO 63179


US Bank
Attn: Bankruptcy
800 Nicolett Mall
Minneapolis, MN 55402-7014


Wells Fargo Bank NA
PO Box 393
Minneapolis, MN 55480-0393

Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus
MAC X2303-01A FL 3
Des Moines, IA 50328-0001


Wells Fargo SBCS
Attn: Bankruptcy
P.O. Box 29482
Phoenix, AZ 85038


Wells Fargo SBL
Attn: Bankruptcy
P.O. Box 29482
Phoenix, AZ 85038


Westmark Credit Union
815 1st St
Idaho Falls, ID 83401-4080


Westmark Credit Union
Attn: Bankruptcy
2520 Channing Way
Idaho Falls, ID 83404-7515


Zions Bank National Association
310 S Main St
Salt Lake City, UT 84101-2105